# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Thi Phuong Thao Nguyen**, <br>      Plaintiff, <br> <br> v. <br> <br> **Farmers Texas County Mutual Insruance Company, d/b/a Farmers Insurance Company,** <br>      Defendant. | Case No. 18-CIV-342-RAW |

## ORDER

This case was originally filed on February 26, 2018 [Docket No. 2] in the District Court in and for McCurtain County, State of Oklahoma. On October 15, 2018, the case was removed to this court.

On December 18, 2018, an order was entered by the Honorable Kimberly E. West directing Plaintiff to show cause no later than January 4, 2019 as to why the court should not enter findings and recommend that the case be dismissed. That order specifically warned that failure to respond would result in the above-mentioned recommendation [Docket No. 11]. Plaintiff filed no response. On January 11, 2019, the case was reassigned to this court. On that date, Judge West also entered Findings and Recommendation that the case be dismissed for Plaintiff's failure to prosecute. Plaintiff was given fourteen days to file any objection. No objection has been filed to date.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal authority. The Magistrate Judge's recommendation is well-supported and hereby adopted.

**This case is dismissed without prejudice for Plaintiff's failure to prosecute.**

Dated this 11th day of February, 2019.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA